**Order filed, November 06, 2014.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-14-00604-CV

———————

**BRIDGESTONE LAKES COMMUNITY IMPROVEMENT ASSOCIATION, INC., Appellant**

**V.**

**BRIDGESTONE LAKES DEVELOPMENT COMPANY, INC. AND ROBERT A. HUDSON, CLAUDIA J. HUDSON AND TIFFANY A. ROATH, INDIVIDUALLY, Appellee**

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2011-53723**

## ORDER

The reporter's record in this case was due **October 27, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cynthia Montalvo Martinez, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM